JOHN M. RUNFOLA , CSBN 096058
Pier 9, Suite 100
San Francisco, California  94111
Telephone:      (415) 391-4243
Facsimile:       (415) 391-5161

Attorney for
JAMES SHELTON

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | Case No. 11 mj-70706-njv-1 |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING** |
| v. | |
| JAMES SHELTON, | |
| Defendant. | |

　　IT IS HEREBY STIPULATED by and between Assistant United States Attorney, Thomas Stevens, counsel for the plaintiff United States of America, John M. Runfola, counsel for the defendant James Shelton, that the hearing scheduled for July 1, 2011 at 2:00 pm be moved to July 1, 2011 at the earlier time of 11:00 am.

　　This will allow counsel to be present for the hearing and consult with Mr. Shelton as appropriate. Pretrial services have confirmed that they are also available at this time.

**SO STIPULATED**

-1-

Dated: June 30, 2011                      /s/
                                          JOHN M. RUNFOLA
                                          Counsel for Defendant

Dated: June 30, 2011                      /s/
                                          THOMAS E. STEVENS

**IT IS SO ORDERED**

Dated: 7/1/11                             _____
                                          NANDOR J. VADAS
                                          United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO MOVE HEARING

-2-